IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | | |
|---|---|---|
| Lydia Sauls, | ) | |
| | ) | C.A. No. 9:04-22297-HMH |
| | ) | |
| Plaintiff, | ) | |
| | ) | **OPINION & ORDER** |
| vs. | ) | |
| | ) | |
| Wyeth d/b/a Wyeth, Inc.; | ) | |
| Wyeth Pharmaceuticals, Inc.; | ) | |
| Pharmacia and Upjohn Company; and | ) | |
| Pfizer, Inc., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

This matter is before the court on the Defendants' motion to stay this action pending the MDL court's determination of pending <u>Daubert</u> motions on general and specific causation in HER2 breast cancer cases. The Defendants state that the MDL court's decision regarding these causation issues may substantially impact this case, which was recently remanded to this court from the MDL court for further proceedings. The court entered a scheduling order on March 2, 2011. The Defendants have failed to show how judicial efficiency supports a stay of this matter. In contrast, in light of the age of this case, the court finds that judicial efficiency is better served by proceeding with discovery. Based on the foregoing, the court denies the Defendants' motion.

1

It is therefore,

**ORDERED** that the Defendants' motion to stay, docket number 29, is denied.

**IT IS SO ORDERED.**

                                                    s/Henry M. Herlong, Jr.
                                                    Senior United States District Judge

Greenville, South Carolina
March 22, 2011